```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: JUL 0 8 2020    │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3 POINT VENTURES LTD. and AMIR FARDGHASSEMI,

Plaintiffs,

-against-

CHET MINING CO, LLC, CHET MINING CO. CANADA
LTD., and CHET STOJANOVICH,

Defendants.

**DEFAULT JUDGMENT**

Civ. Action No.: 1:20-cv-02531-
GBD

This action having been commenced on March 24, 2020 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been personally served on the

defendant, Chet Mining Co., LLC on March 26, 2020 by personally delivering the Summons and

Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y.

Limited Liability Company Law §304 and thereafter mailing a copy of same, served on the

defendant Chet Stojanovich on March 31, 2020 by affixing a copy of the Summons and Complaint

to the door of his residence and thereafter mailing a copy of same to his place of residence on April

3, 2020 pursuant to N.Y. C.P.L.R. §308(4), and served on the defendant Chet Mining Co. Canada

Ltd. 2020 by personally delivering the Summons and Complaint to the New York State

Department of State as said defendant's agent, as permitted by N.Y. Business Corporation Law

§307 and thereafter mailing a copy of same, and a proof of said service on each of the defendants

having been filed on April 22, 2020, and the defendants not having answered the Complaint, and

the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff AMIR FARDGHASSEMI

have judgment against defendants CHET MINING CO, LLC, CHET MINING CO. CANADA

LTD., and CHET STOJANOVICH, jointly and severally, in the liquidated principal amount of

1

Three Hundred Thirty-One Thousand Thirty-Four and 81/100 Dollars ($331,034.81), plus interest at 9% per annum accrued as of June 13, 2020 to Twenty-Seven Thousand Two Hundred Sixty-Four and 42/100 Dollars ($27,264.42) plus costs and disbursements of this action in the amount of Six Hundred Thirty-Six and 00/100 Dollars ($636.00) amounting in all to Three Hundred Fifty-Eight Thousand Nine Hundred Thirty-Five and 23/100 Dollars ($358,935.23).

So Ordered:    New York, New York

JUL 0 8 2020

George B. Daniel

Hon. George B. Daniels
District Judge